**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:26-cr-0036 (APM)** |
| | **:** | |
| **CARTER CAMACHO,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**<u>CONSENT MOTION TO CONTINUE STATUS HEARING</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to continue the status hearing currently set for April 8, 2026, by two weeks to April 22, 2026, or the earliest date thereafter that is convenient for the Court. The Government is continuing to work to produce discovery to the Defendant and the parties are assessing whether there is a potential a resolution short of trial.

The Government also respectfully requests that the time between April 8, 2026, and the next court date be excluded under the Speedy Trial Act as it is in the interest of justice to allow the parties to continue to try and resolve this case. The defense consents to the instant motion.

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY

By:   */s/ Brendan M. Horan*
Brendan M. Horan
Special Assistant United States Attorney
N.Y. Bar No. 5302294
601 D Street, NW
Washington, D.C. 20530
(202) 730-6871
brendan.horan@usdoj.gov