**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:26-cr-0036 (APM)** |
| | **:** | |
| **CARTER CAMACHO,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## CONSENT MOTION TO CONTINUE STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to continue the status hearing currently set for July 8, 2026, by two weeks to July 22, 2026, or the earliest date thereafter that is convenient for the Court, and convert it to a change of plea hearing.  The parties have reached an agreement in principle on a plea, but require additional time to finalize the necessary paperwork.

The Government also respectfully requests that the time between July 8, 2026, and the next court date be excluded under the Speedy Trial Act as it is in the interest of justice to allow the parties to continue to try and resolve this case.  The defense consents to the instant motion.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY


By:     */s/ Brendan M. Horan*
        Brendan M. Horan
        Special Assistant United States Attorney
        N.Y. Bar No. 5302294
        601 D Street, NW
        Washington, D.C. 20530
        (202) 730-6871
        brendan.horan@usdoj.gov