**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-cr-00036-APM** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | |
| **CARTER CAMACHO,** | : | **40 U.S.C. § 5104(e)(1)(A)** |
| | : | **(Carrying a Firearm, Dangerous Weapon,** |
| **Defendant.** | : | **Explosive, or Incendiary Device on the** |
| | : | **Grounds of the Capitol)** |
| | : | |
| | : | **18 U.S.C. § 2252(a)(2)(B), (b)(1)** |
| | : | **(Receipt or Distribution of Visual** |
| | : | **Depictions of Sexually Explicit Conduct)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 924(d), 18 U.S.C. § 2253, 21** |
| | : | **U.S.C. § 853(p), and 28 U.S.C. § 2461(c)** |

**S U P E R S E D I N G   I N F O R M A T I O N**

**COUNT ONE**

On or about February 17, 2026, within the District of Columbia, **CARTER CAMACHO**,

did carry on or have readily accessible, a firearm, that is, a Mossberg model 88 12-gauge shotgun,

on the United States Capitol Grounds and in any of the Capitol Buildings.

(**Carrying a Firearm, Dangerous Weapon, Explosive, or Incendiary Device on the
Grounds of the Capitol**, in violation of 40 U.S.C. § 5104(e)(1)(A))

**COUNT TWO**

On or about February 17, 2026, within the District of Columbia and elsewhere, the

defendant, **CARTER CAMACHO**, did knowingly receive or distribute using a means and facility

of interstate and foreign commerce, and which visual depictions had been shipped and transported

in and affecting interstate and foreign commerce, and which contained materials which had been

so shipped and transported, by any means, including by computer; and the production of such

visual depictions were of such conduct, to wit: numerous digital videos depicting the use of minors

in sexually explicit conduct.

(**Receipt or Distribution of Visual Depictions of Sexually Explicit Conduct**, in violation of 18 U.S.C. §§ 2252(a)(2)(B), (b)(1))

## FORFEITURE ALLEGATIONS

1.      Upon conviction of the offense alleged in Count One of this Superseding Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Mossberg model 88 12-gauge shotgun and twenty-five rounds of 12-gauge ammunition.

2.      Upon conviction of the offense charged in Count Two of this Superseding Information, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 2253(a), of (a) any visual depiction described in Section 2251, 2251A, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or promote the commission of such offenses or any property traceable to such property.

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the Court;

2

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property that cannot be subdivided without

difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 28, United States Code, Sections 2253(b) and 2461(c).

(**Criminal Forfeiture**, pursuant to 18 U.S.C. § 924(d), 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c))

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Brendan M. Horan*
        Brendan M. Horan
        Special Assistant United States Attorney
        N.Y. Bar No. 5302294
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 730-6871
        Brendan.Horan@usdoj.gov

3